UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JOY SINGH, *Individually and On Behalf of All Others Similarly Situated*,

                Plaintiff,

                                      13-CV-9031 (KMW)
      -against-                                **ORDER**

TRI-TECH HOLDING, INC., et al.,

                Defendants.
----------------------------------------------------------------X

KIMBA M. WOOD, U.S.D.J.:

      The parties' June 26, 2015 joint submission provided useful supplemental information regarding the proposed class settlement, and the Court now believes that preliminary certification of the class and preliminary approval of the settlement are appropriate. Before the Court issues an order to that effect, however, the parties must make the following revisions to the Stipulation of Settlement and its exhibits:

1. Delete provisions 3.1(a) and 3.4 from the Stipulation of Settlement, and paragraph 10 from the Proposed Order Preliminarily Approving Settlement and Providing for Notice.

2. Correct the previously identified typographical errors in the Notice of Pendency and Proposed Settlement of Class Action.

3. Fill in all deadlines according to the schedule proposed on page 17 of the Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement, using July 2, 2015 as the date of the Preliminary Order and October 12, 2015 as the date of the Settlement Hearing.

1

2

Revised versions of the Stipulation of Settlement and its exhibits are due on July 2, 2015 at 10:00 a.m.

SO ORDERED.

Dated: New York, New York
June 30, 2015

/s/
Kimba M. Wood
United States District Judge