```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOY SINGH, Individually And On Behalf Of All Others Similarly Situated,

        Plaintiff,

v.

TRI-TECH HOLDING, INC.; WANZONG ZHAO a/k/a WARREN ZHAO; YUNXIANG FAN a/k/a PHIL FAN; GUANG CHENG a/k/a GAVIN CHENG; PENGYU DONG a/k/a PETER DONG; ERIC HANSON, PETER ZHOU, JOHN MCAULIFFE, PEIYAO ZHANG, DA-ZHUANG GUO, MING ZHU, DAVID HU, XIAOPING ZHOU, and ROBERT W. KRAFT,

        Defendants.

No: 13-CV-9031 (KMW)

---

### [PROPOSED] ORDER AWARDING LEAD PLAINTIFFS' COUNSEL'S ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO LEAD PLAINTIFFS

WHEREAS, the Court has granted final approval to the Settlement of the above-referenced class action;

WHEREAS, Lead Plaintiffs' Counsel, The Rosen Law Firm, P.A. and Gainey McKenna & Egleston appointed by the Court as co-lead counsel for the purposes of the Settlement and have petitioned the Court for the award of attorneys' fees in compensation for the services provided to Lead Plaintiffs and the Class along with reimbursement of expenses incurred in connection with the prosecution of this action, and an award to each of the Lead Plaintiffs, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation and Agreement of Settlement filed on July 2, 2015 (the "Stipulation"); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith, and has heard the presentation made by Plaintiffs' Counsel during the final approval hearing on the 16h day of October, 2015, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1. Lead Plaintiffs' Counsel are awarded one-third of the Settlement Fund or $325,000 as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.

2. Lead Plaintiffs' Counsel shall be reimbursed out of the Settlement Fund in the amount of $30,018.90 for its expenses and costs.

3. Lead Plaintiffs shall each be awarded a nominal sum of $500 for reimbursement for their lost time in connection with their prosecution of this action, for a total of $3,500.

4. Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and award to Lead Plaintiffs shall be paid in the manner and procedure provided for in the Stipulation.

Dated: *Oct. 16*, 2015                        SO ORDERED:

                                              _____
                                              HON. KIMBA M. WOOD
                                              UNITED STATES DISTRICT JUDGE